■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SARAH J. CUSHMAN, Appellant. (Appeal No. 2.) [38 NYS3d 453]— Appeal from a judgment of the Supreme Court, Monroe County (Joanne M. Winslow, J.), rendered November 13, 2012. The judgment convicted defendant, upon her plea of guilty, of robbery in the first degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed.

Same memorandum as in *People v Cushman* ([appeal No. 1] 142 AD3d 1286 [2016]). Present—Whalen, P.J., Smith, Centra, Peradotto and Carni, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SARAH J. CUSHMAN, Appellant. (Appeal No. 3.) [38 NYS3d 454]— Appeal from a judgment of the Supreme Court, Monroe County (Joanne M. Winslow, J.), rendered November 13, 2012. The judgment convicted defendant, upon her plea of guilty, of burglary in the second degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed.

Same memorandum as in *People v Cushman* ([appeal No. 1] 142 AD3d 1286 [2016]). Present—Whalen, P.J., Smith, Centra, Peradotto and Carni, JJ.